[No. 3,630.]

## ESTATE OF ARNAZ, DECEASED.

APPEAL FROM PROBATE COURT.—The evidence taken in a proceeding in the Probate Court will not be reviewed by the Supreme Court on appeal, unless embodied in a statement.

APPEAL from the Probate Court, County of Santa Barbara.

Maria Mercedes Abila de Arnaz died about the 25th of December, 1867, leaving a will in the hands of José Arnaz, her surviving husband, and leaving a number of children. On the 3d of February, 1872, Manuel Anguisola, the husband of a daughter of deceased, presented to the Probate Court a petition for an order to produce the will, and also to be appointed administrator with the will annexed. José Arnaz produced the will, in which he was named executor, and also applied to have letters testamentary issued to him. Anguisola contested his right to be appointed, both because he was an improper person, and because of his neglect in

presenting the will for probate. The Probate Court denied Anguisola's application, and appointed José Arnaz. Anguisola appealed, both from the order refusing to grant him letters and from the order granting letters to Arnaz. The various papers and orders and the testimony were certified to by the Clerk of the Court below, and printed in the transcript, but were not embodied in a statement.

*C. E. Huse,* for Appellant.

*A. Packard,* for Respondent.

By the COURT:

This Court will not review the evidence in a proceeding in the Probate Court, unless it is embodied in a statement on appeal, as provided for by section two hundred and ninety-nine of the Probate Act.

Order affirmed.